UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER RAMIREZ,

Petitioner,

v.

DAVID SHOOK,

Respondent.

CASE NO. 3:26-cv-05556-JHC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, does hereby find and ORDER:

(1) Petitioner did not object to the Report and Recommendation, which the Court now adopts.

(2) Petitioner's federal habeas Petition is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 14th day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge